AO 241 (Rev. 09/17)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

FILED
HARRISBURG, PA
AUG 05 2024
PER _____
DEPUTY CLERK

| United States District Court | District: Middle | |
|---|---|---|
| Name (under which you were convicted): Cumberland County | | Docket or Case No.: 1292-2014 |
| Place of Confinement: Dauphin County Prison | | Prisoner No.: 079063 |
| Petitioner (include the name under which you were convicted) Johnnie McCollum | v. | Respondent (authorized person having custody of petitioner) Gregory Briggs |
| The Attorney General of the State of: Pennsylvania | | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Cumberland County

   (b) Criminal docket or case number (if you know): 1292-2014

2. (a) Date of the judgment of conviction (if you know): Jan 6th 2015 - Dec 4th Found guilty

   (b) Date of sentencing: Jan 6th 2015

3. Length of sentence: 5-15 years

4. In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Robbery - Theft By Unlawful taking, Conspiracy to Robbery

6. (a) What was your plea? (Check one)
   ☑ (1) Not guilty       ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty           ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Superior Court

(b) Docket or case number (if you know): Don't Know

(c) Result: Affirmed in Part vacated in Part

(d) Date of result (if you know): Don't Know

(e) Citation to the case (if you know): Don't Know

(f) Grounds raised: Sufficiency of evidence on All Counts, Inconsistent Statements raised by Cooperating Co-Defendants, Spillover rule (Failure to Sever trials)

(g) Did you seek further review by a higher state court?   ☑ Yes   ☐ No

If yes, answer the following:

(1) Name of court: PCRA Court Cumberland

(2) Docket or case number (if you know): Don't Know

(3) Result: Affirmed

(4) Date of result (if you know): Don't Know

(5) Citation to the case (if you know): Don't Know

(6) Grounds raised: Ineffective Assistance of Counsel, - failure to Cross examine on Inconsistent Statements, failure to file for A Severance, failure to Adhere to trial Strategy.

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Superior

(2) Docket or case number (if you know): Don't Know

(3) Date of filing (if you know): Don't Know

(4) Nature of the proceeding: Direct Appeal

(5) Grounds raised: Failure to Strike Jurors, Failure to raise mitigating factors, Counsel Abandonment.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☒ Yes   ☐ No

(7) Result: Affirmed Appeal rights reinstated Due to Counsel Abandonment

AO 241 (Rev. 09/17)

    (8) Date of result (if you know): Don't Know

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      ❐ Yes    ❐ No

    (7) Result:

    (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❏ Yes   ❏ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ❏ Yes   ☑ No
(2) Second petition:  ❏ Yes   ☑ No
(3) Third petition:   ❏ Yes   ❏ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Because Counsel Abandoned Me the first go Around, the Second time my lawyer got fired I went Pro-Se And he took his time giving me my file So I got time barred I got my rights back and then I filed but the Jail Never Sent it out for me

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Failure to Strike Bias Jurors - Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Jurors were granted Permission by my Attorney Gregory Abeln to Participate In determining my guilt For a Robbery after they shared Stories of being robbed Personally and being affected by it. Any reasonable Attorney would have Struck them and being as though he didn't I Suffered Prejudice as a result by having People Serve on the Jury who were Victims of the same Crime I was on trial for.

(b) If you did not exhaust your state remedies on Ground One, explain why: I went threw 2 Instances of Client Abandonment got my appeal rights reinstated twice and the last time I filed my Pro-Se Appellant brief In the Superior Court the Prison I was at Must have tampered with my outgoing mail. I Put In multiple Grievances In regards to my legal mail not getting to its Intended destination. I didnt get a Chance to exhaust all remedies because I was moved out of that Jail In the Process of following up on this issue. I transfered from State to County Custody and Wasnt Permitted to bring all my legal work along. I didnt Exhaust My State remedies Due to Administrative Interference

Page 6 of 16

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes  ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

    ☑ Yes  ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state: PCRA

    Type of motion or petition: PCRA

    Name and location of the court where the motion or petition was filed: Cumberland County Court house Sq. Carlisle PA 17013

    Docket or case number (if you know): ~~Docket~~ 1292-2014

    Date of the court's decision: Dont Know

    Result (attach a copy of the court's opinion or order, if available): Dont have / Destroyed In a Flood

    (3) Did you receive a hearing on your motion or petition?  ☑ Yes  ☐ No

    (4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: Superior Court 601 Commonwealth Ave. PA Judicial Center Hbg PA 17101

    Docket or case number (if you know): Dont Know

    Date of the court's decision: Dont Know

    Result (attach a copy of the court's opinion or order, if available): Dont have / Destroyed In a flood

    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: None further

**GROUND TWO:** No PSI was ever done - nor requested by the Court Prior to Sentencing- failed to Place adequate reasons on the record for dispensing with the report

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I was Sentenced without the benefit of a Presentence Investigation Report At my Sentencing hearing the Court did not obtain any information regarding my Current Situation or Individual needs. My Character and Potential response to rehabilitation Programs was not thoroughly assessed.

(b) If you did not exhaust your state remedies on Ground Two, explain why: My lawyer said A PSI Didn't Apply to me because I was under 21 at the time of Sentencing So It was a meritless Issue that he couldn't waste his free time pursuing

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: It never got litigated Due to the Attorney Saying It wasn't relevant for Appeal Purposes

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

AO 241 (Rev. 09/17)

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Because Attorney Said it didnt have merit because I wasn't 21 at the time of Sentencing so I was entitled to A PSI

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two:   None further.

**GROUND THREE:**   Ineffective Assistance of Counsel - failed to Uncover and Investigate and Present Mitigating evidence At Sentencing.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My trial Attorney never attempted to follow up on Mitigating evidence I offered In regards to Substance Abuse History, mental health history and the trauma I endured growing up In an environment where Drug Selling, Abuse and Violence was normalized. I told him my whole lifestory and he ignored Everything I said.

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: Administrative Interference I Sent my Direct Appeal out and It never made It to Its Intended destination. I had Problems In the Past with Prison Administration Playing with My mail I Filed a grievance but never got the Chance to exhaust all remedies Due to being transferred.

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: PCRA

Type of motion or petition: PCRA

Name and location of the court where the motion or petition was filed: Cumberland County Courthouse 1 Courthouse Square Carlisle Pa 17013

Docket or case number (if you know): Dont Know

Date of the court's decision: Dont Know

Result (attach a copy of the court's opinion or order, if available): Dont have - Destroyed In a flood

(3) Did you receive a hearing on your motion or petition?   ☑ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Direct Appeal Superior Court HOG PA

Docket or case number (if you know): Dont Know

Date of the court's decision: Dont Know

Result (attach a copy of the court's opinion or order, if available): Dont have / Destroyed In a flood

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: None further

**GROUND FOUR:** Sentences should have been merged under 42 Pa.C.S.A §9765

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I was given a 3-6 year sentence with a 2-5 year sentence Seperately. The Sentences stem from the Same Criminal episode and should have been ran together for sentencing purposes. I was the only one out of my 3 Codefendants to recieve a Consecutive Sentence.

(b) If you did not exhaust your state remedies on Ground Four, explain why: Trial Counsel Gregory Abela Said this issue had no Merit because 15 years was very lenient Sentence Given the nature of the Crime. So I treated the issue like I did the other one at the Advise of my Counsel I never bothered to Pursue it until I Started to learn the law.

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: Never got the Chance to because Attorney Said It was meritless

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

My Attorney said he wouldnt raise it because it was meritless and I recieved a lenient sentence of 15 years so I should not complain

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:  None further

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☑ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Ground one - Administrative Interference Ground two - My trial Counsel Said APSI didn't Apply to me that the issue was meritless and he would not Pursue Ground three - Administrative Interference Ground four - Attorneys Said it was A meritless Claim I got a lenient sentence as is. (15 yrs)

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Ground Two & Ground four My Attorneys Said they were meritless and he would not pursue them because they were a waste of time

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☑ Yes ☐ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. 1292-2014 Cumberland County Courthouse Direct Appeal Don't Know Docket # Spillover rule Sufficiency of evidence, Preliminary transcripts Missing - Inconsistent Statements - Don't know Courts decision Date - Affirmed and no Court order - Destroyed In flood - Cumb County Courthouse - PCRA 1292-2014 - Spillover Rule Failure + Cross examine Failure to Strike bias Jurors & Don't know the Courts decision date and result for PCRA denied no Court opinion/Destroyed In flood and im indigent, - Cumb County PCRA - Counsel Abandonment - Failure to litigate/Investigate Mitigating factors, Courts decision date August 7th 2-22 and result was denied no Court opinion/Destroyed In Flood

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Time Served It's been over 10 years, I was Sentenced without the benefit of A PSI and the only Co-Defendant to receive a Consecutive Sentence. I would like to be granted bail on this Case until the final Deposition of Case.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

NAME: Johnnie M~~~~~~~~~~~~~~~~~~~~~~~~~~~~
D.C.P.# ~~~~~~
**DAUPHIN COUNTY PRISON**
**501 MALL ROAD**
**HARRISBURG PA 17111-1299**

**RECEIVED**
HARRISBURG, PA

AUG 05 2024

PER _____
DEPUTY CLERK

Office of the Clerk
United States District Court
1501 North 6th Street Suite 101
HBG PA 17102

Part 2
LEGAL MAIL - PAGES 2-9